**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jorge HUERTA–AVALOS,**
**Defendant–Appellant.**

**No. 06–50643.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 9, 2007.*

Filed July 19, 2007.

AUSA, Roger W. Haines, Jr., Esq., USSD—Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Jami L. Ferrara, Esq., San Diego, CA, for Defendant–Appellant.

Before: LEAVY, THOMAS and BERZON, Circuit Judges.

MEMORANDUM **

Jorge Huerta–Avalos appeals from the 57–month prison term imposed upon re-sentencing following his guilty-plea conviction for being a deported alien found in the United States in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Appellant contends his sentence is unreasonable because it is greater than necessary under 18 U.S.C. § 3553(a) and because it results in an unwarranted sentence disparity among similarly-situated defendants under § 3553(a)(6). We conclude that appellant's sentence is not unreasonable. *See United States v. Plouffe,* 445 F.3d 1126, 1131–32 (9th Cir.), *cert. denied,* — U.S. ——, 126 S.Ct. 2314, 164 L.Ed.2d 832 (2006).

**AFFIRMED.**